## N.C. FARM BUREAU MUT. INS. CO. v. SCOTTON

[338 N.C. 666 (1994)]

| | | |
|---|---|---|
| NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY, PLAINTIFF | ) ) ) ) | |
| v. | ) ) | ORDER |
| VALERIE B. SCOTTON AS GAL OF MONICE L. BURNETTE; THE ESTATE OF JASON BAILEY, MARY BAILEY OLDHAM, ADMINISTRATRIX; RICKY H. NETTLES, CECILIA DIANA MANESS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TANEA HORTON; PAM ROBERTS AS GAL OF WESLEY HORTON; SHIRLEY DARK AS GAL OF TRACIA D. HEADEN, DEFENDANTS | ) ) ) ) ) ) ) ) ) ) ) ) | |

No. 603P94

(Filed 15 December 1994)

It appearing to the Court that this Petition raises a matter of Court administration appropriately handled by the Chief Justice;

NOW, THEREFORE, IT IS ORDERED That the Petition be, and hereby is, dismissed.

By order of the Court in Conference, this 15th day of December, 1994.

s/Parker, J.
For the Court